**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | |
|---|---|
| JIMMIE T. MCGEE-EL, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) No. 2:08CV00048 ERW ) |
| CHANDRA HARTEGAN, et al., | ) ) |
|     Defendants. | ) |

**ORDER**

On January 27, 2009, this Court granted Plaintiff's request for assistance in obtaining the addresses of Defendants Joel Clover and Jim Moore, along with several other Defendants. The Court ordered the Attorney General's Office to provide, under seal, the last known addresses of Defendants Clover and Moore and the addresses were provided to the United States Marshals Service for service of process.

The Summons as to these two defendants were returned unexecuted at the last known address provided by the Attorney General's Office. The Plaintiff must now provide this Court with an accurate address where these two defendants can be served. Failure to provide this Court with an accurate address for service will result in dismissal of Defendant Joel Clover and Jim Moore for lack of timely service.

**IT IS HEREBY ORDERED** that the Clerk's Office shall forward to Plaintiff four summons and two Marshal forms with this Order. No later than May 20, 2009, Plaintiff shall fill out two summons and one Marshal Form as to each Defendant and return them to the Court with a request that service of process issue against Defendant Joel Clover and Jim Moore.

**So Ordered this 20th Day of April , 2009.**

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**